# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| v. | ) | **CRIMINAL NO. 2:13-CR-40-DBH** |
| | ) | |
| **SHAWN VERRILL,** | ) | |
| | ) | |
| **DEFENDANT** | ) | |

## ORDER ON MOTIONS FOR APPOINTMENT OF COUNSEL AND FOR REDUCTION OF SENTENCE

The defendant Shawn Verrill has filed a letter with the court that I treat as a request to appoint counsel and reduce sentence on account of the U.S. Sentencing Commission's reduction of Guideline sentencing penalties that are based upon drug quantity, Amendment 782. The Commission has ordered that as of November 1, 2014, the change be made applicable to defendants already sentenced. U.S. Sentencing Guidelines Manual App. C, Amendment 782 (2014); U.S. Sentencing Guidelines Manual § 1B1.10(d) (2014).

Unfortunately for Mr. Verrill, his sentence was based not upon the drug quantity for which he was responsible but upon the fact that he distributed Buprenorphine that resulted in another person's death. As a result, the reduced Guideline penalties based upon drug quantity do not reduce his sentence.

The motion to appoint counsel and reduce sentence is therefore **DENIED**.

**SO ORDERED.**

**DATED THIS 6TH DAY OF NOVEMBER, 2014**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**